UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CASEY WILLIAMS**                                   **CIVIL ACTION**

**VERSUS**                                           **NUMBER: 11-1511**

**TERRY HINES, WARDEN**                              **SECTION: "B"(1)**

### ORDER, REASONS AND JUDGMENT

Based upon our reviews of the state court proceedings, petitioner's claims, the Magistrate Judge's Amended Report and Recommendation, petitioner's objections (Record Document Number 17) to same, and applicable law, **IT IS ORDERED** that petitioner' objections are **OVERRULED** and we hereby **ADOPT** the Magistrate Judge's Amended Report and Recommendation (Record Document Number 16) as our opinion and reasons in this case.

Accordingly, **IT IS FURTHERED ORDERED AND ADJUDGED** that the petition of Casey Williams for a writ of *habeas corpus* is hereby **DENIED** and **DISMISSED**.

New Orleans, Louisiana, this 30th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE